UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLC HEALTHCARE, INC., *et al.*, | ) | CV07-4534-AHM (AGRx) |
| Plaintiff(s), | ) ) ) | ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE |
| v. | ) ) | |
| LTC PROPERTIES, INC., *et al.*, | ) ) | |
| Defendant(s). | ) ) | |

On May 28, 2008, the Court ordered plaintiffs to show cause in writing, no later than June 11, 2008, why the above-entitled action should not be dismissed for failure to prosecute. To date, plaintiffs have not complied with this order.

Accordingly, good cause appearing therefor, the Court hereby DISMISSES this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: June 16, 2008

**Make JS-6**

A. HOWARD MATZ
United States District Judge